LAWRENCE BREWSTER, Regional Solicitor
MARY K. ALEJANDRO, Deputy Regional Solicitor
DAVID M. KAHN, Counsel for ESA Programs
California State Bar Number 230957
United States Department of Labor
Office of the Solicitor
90 Seventh St., Suite 3-700
San Francisco, California 94103
Telephone: (415) 625-7756
Facsimile: (415) 625-7772
email: kahn.david.m@dol.gov

Attorneys for Plaintiff, Elaine L. Chao, Secretary
United States Department of Labor

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAINE L. CHAO, Secretary of Labor, United States Department of Labor, <br><br> Plaintiff, <br><br> v. <br><br> GENTILIA, INC. d/b/a NORTH BEACH PIZZA PIER 39, a corporation, and ALTAMIR SOUZA, an individual, <br><br> Defendants. | Case No.: C 07-04991 CW <br><br> CONSENT JUDGMENT |

1. The plaintiff, ELAINE L. CHAO, Secretary of Labor, United States Department of Labor ("Secretary"), has filed a Complaint alleging violations of the minimum wage, overtime and recordkeeping provisions of the Fair Labor Standards Act of 1938, 29 U.S.C. §§ 201, et seq. ("FLSA").

//

2. Defendants GENTILIA, INC. and ALTAMIR SOUZA (collectively "Defendants"), have appeared by counsel and acknowledge receipt of a copy of the Secretary's Complaint.

3. Defendants have waived issuance and service of process and their right to file an answer or otherwise defend this action.

4. The parties waive the entry of findings of fact and conclusions of law and agree to the entry of this Consent Judgment in settlement of this action, without contest.

5. Defendants agree to the entry of this Judgment in settlement of this action.

6. Defendants admit that the Court has jurisdiction over the parties and subject matter of this civil action and that venue lies in the Northern District of California.

It is, therefore, upon motion of the attorneys for the Secretary and for cause shown:

ORDERED, ADJUDGED, AND DECREED that Defendants, their officers, agents, servants, and employees and those persons in active concert or participation with them who receive actual notice of this order (by personal service or otherwise) be, and they hereby are, permanently enjoined and restrained from violating the provisions of Sections 15(a)(2) and 15(a)(5) of the Fair Labor Standards Act of 1938, as amended ("FLSA"), 29 U.S.C. §§ 215(a)(2) and 215(a)(5), in any of the following manners:

1. Defendants shall not, contrary to Section 6 of the Act, 29 U.S.C. §206, pay any employee who in any workweek is engaged in commerce or in the production of goods for commerce, within the meaning of the Act, wages at

a rate less than $5.15 an hour (or at a rate less than such other applicable minimum rate as may hereafter be established by amendment to the Act).

2. Defendants shall not, contrary to Section 7 of the FLSA, 29 U.S.C. §207, employ any employee who in any workweek is engaged in commerce or in the production of goods for commerce, within the meaning of the FLSA, for any workweek longer than 40 hours unless such employee receives compensation for his or her employment in excess of 40 hours in such workweek at a rate not less than one and one-half times the regular rate at which he or she is employed.

3. Defendants shall not fail to make, keep, make available (to authorized agents of the Secretary for inspection, transcription, and/or copying, upon their demand for such access), and preserve (for a period of three years) records of employees and of the wages, hours, and other conditions and practices of employment maintained, as prescribed by regulations issued, and from time to time amended, pursuant to Sections 11(c) and 15(a)(5) of FLSA, 29 U.S.C. §211(c) and §215(a)(5), and the implementing regulations found in Title 29, Code of Federal Regulations, Part 516.

4. Defendants shall not continue to withhold the payment of $17,495.65 in unpaid minimum wage and overtime pay hereby found to be due under the FLSA to employees of Defendants listed on Exhibit A, attached hereto, for the periods listed thereon. The Secretary acknowledges that Defendants have made such payments of $17,495.65 directly to their employees and on April 8, 2007 provided evidence of such payment to the Department of Labor.

5. Further, judgment is entered against the Defendants in favor of Secretary in the amount of $2,805.00 in civil money penalties agreed to be due pursuant to section 16(e)(2) of the Act. The Secretary acknowledges that

1  Defendants made such payment of $2,805.00 on July 2, 2007.

2  IT IS ORDERED that the filing, pursuit, and/or resolution of this
3  proceeding with the entry of this Consent Judgment shall not act as or be asserted
4  as a bar to any action under Section 16(b) of FLSA, 29 U.S.C. §216(b), as to any
5  employee not named on the attached Exhibit A, nor as to any employee named on
6  the attached Exhibit A for any period not specified herein for the backwage
7  recovery provisions hereof; and it is further

8  IT IS ORDERED that each party agrees to bear its own fees and other
9  expenses incurred by such party in connection with any stage of this proceeding,
10 including but not limited to attorneys' fees, which may be available under the
11 Equal Access to Justice Act, as amended; and it is further

12 //
13 //
14 //
15 //
16 //
17 //
18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //

1   ORDERED that this Court shall retain jurisdiction of this action for purposes
2   of enforcing compliance with the terms of this Consent Judgment.

4   Dated: this ____ day of _____, ~~2007~~

                                        _____
                                        United States District Judge

The Defendants hereby appear, waive service of process and any answer or defense herein, consent to the entry of this Judgment, and waive notice by the Clerk of Court, all on this _23_ day of July, 2007.

GENTILIA, INC.,
Defendant

By _____
    Its Duly-Authorized Agent

_____
ALTAMIR SOUZA, Defendant

_____
LAURA E. INNES
Attorney for Defendants

JONATHAN L. SNARE
Acting Solicitor of Labor

LAWRENCE BREWSTER
Regional Solicitor

_____
DAVID M. KAHN
Counsel for ESA Programs

Attorneys for the Plaintiff
U.S. Department of Labor

## EXHIBIT A

| Last Name | First Name | BWs Due | Violation Begin Date | Violation End Date |
|---|---|---|---|---|
| Gutierrez-Lopez | Oscar | $2,817.50 | 10/23/2004 | 5/6/2006 |
| Larchenkava | Veronica | $66.15 | 7/30/2005 | 8/13/2005 |
| Miranda | Fabio | $7,928.10 | 10/8/2005 | 9/9/2006 |
| Montes | Jesus | $5,706.69 | 2/12/2005 | 9/9/2006 |
| Mowra | Jesse W. | $636.36 | 7/30/2005 | 9/10/2005 |
| Santos | Carlos | $340.85 | 7/30/2005 | 8/27/2005 |

I, Altamir Souza, as Duly-Authorized Agent of Gentilia, Inc., hereby authorize Laura E. Innes, Esq. to sign the Consent Judgment in *Elaine Chao v. Gentilia, Inc., et al*, on behalf of Gentilia, Inc.

Dated: 9-6-07

_____
Altamir Souza,
Duly-Authorized Agent for Gentilia, Inc.

{CLIENT FILES\3:086\1\00078837.DOC} 1